■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v HENRY WISE, JR., Appellant.—Appeal by defendant from a judgment of the Supreme Court, Queens County, rendered March 4, 1974, convicting him of robbery in the first degree and possession of weapons, etc., as a felony (two counts), upon a jury verdict, and imposing sentence. Judgment modified, on the law, by reversing the convictions of possession of weapons, etc., as a felony, and the sentences imposed thereon, and the said counts are dismissed. As so modified, judgment affirmed. The possession counts are inclusory concurrent counts of robbery in the first degree (see CPL 300.40, subd 3, par [b]). We have examined the defendant's remaining contentions and find them to be without merit. The earlier result on the codefendant's appeal where the judgment was affirmed, without modification *(People v Jackson,* 56 AD2d 986), shall stand unimpaired because the issue of lesser inclusory counts was not raised on that appeal. Hopkins, J. P., Damiani, Titone and Suozzi, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, ex rel. JAMES THOMAS, Appellant, v STEPHEN DALSHEIM as Superintendent of the Ossining Correctional Facility, Respondent.—In a habeas corpus proceeding, petitioner appeals from a judgment of the Supreme Court, Westchester County, entered October 28, 1977, which granted the petition solely to the extent of directing that he appear for a final parole revocation hearing at the next scheduled meeting of the Parole Board. Appeal dismissed, without costs or disbursements, upon the ground that the petitioner has been discharged from custody (see CPLR 7002, subd [a]; see, also, *People ex rel. La Bar v Wilkins,* 18 NY2d 894). Hopkins, J. P., Damiani, Titone and Suozzi, JJ., concur.